B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Latva Machine, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**02-0344052** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**744 John Stark**<br>**Newport, NH**<br>ZIP Code **03773** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sullivan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Latva Machine, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Latva Machine, Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ William S. Gannon<br>Signature of Attorney for Debtor(s)<br><br>William S. Gannon 0892<br>Printed Name of Attorney for Debtor(s)<br><br>William S. Gannon PLLC<br>Firm Name<br><br>889 Elm Street, 4th Floor<br>Manchester, NH 03101<br>_____<br>Address<br><br>Email: bgannon@gannonlawfirm.com<br>603 621-0833<br>Telephone Number<br><br>June 20, 2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Mitchell W. Latva<br>Signature of Authorized Individual<br><br>Mitchell W. Latva<br>Printed Name of Authorized Individual<br><br>President<br>Title of Authorized Individual<br><br>June 20, 2014<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of New Hampshire

In re  **Latva Machine, Inc.**

Debtor(s)

Case No. 

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABRASIVES & TOOLS OF NH INC**<br>**P.O. BOX 1853**<br>**Concord, NH 03302** | **ABRASIVES & TOOLS OF NH INC**<br>**P.O. BOX 1853**<br>**Concord, NH 03302** | | | 50,194.13 |
| **ACCURATE BRAZING**<br>**36 COTE AVENUE**<br>**Goffstown, NH 03045** | **ACCURATE BRAZING**<br>**36 COTE AVENUE**<br>**Goffstown, NH 03045** | | | 13,103.33 |
| **AERODYNE ALLOYS INC**<br>**350 PLEASANT VALLEY ROAD**<br>**South Windsor, CT 06074** | **AERODYNE ALLOYS INC**<br>**350 PLEASANT VALLEY ROAD**<br>**South Windsor, CT 06074** | | | 7,401.00 |
| **BANK OF AMERICA**<br>**P.O. BOX 15796**<br>**Wilmington, DE 19886-5796** | **BANK OF AMERICA**<br>**P.O. BOX 15796**<br>**Wilmington, DE 19886-5796** | | | 22,773.79 |
| **BUWW COVERINGS INC**<br>**4462 BOEING DRIVE**<br>**Rockford, IL 61109** | **BUWW COVERINGS INC**<br>**4462 BOEING DRIVE**<br>**Rockford, IL 61109** | | | 7,560.00 |
| **CONEDISON SOLUTIONS**<br>**P.O. BOX 223246**<br>**Pittsburgh, PA 15251-2246** | **CONEDISON SOLUTIONS**<br>**P.O. BOX 223246**<br>**Pittsburgh, PA 15251-2246** | | | 5,755.55 |
| **DYNAMIC CHROMIUM IND INC**<br>**50 PARKER STREET**<br>**UNIT 5**<br>**Newburyport, MA 01950** | **DYNAMIC CHROMIUM IND INC**<br>**50 PARKER STREET**<br>**UNIT 5**<br>**Newburyport, MA 01950** | | | 10,205.79 |
| **HARVARD PILGRIM HEALTH CARE**<br>**P.O. BOX 970050**<br>**Boston, MA 02297** | **HARVARD PILGRIM HEALTH CARE**<br>**P.O. BOX 970050**<br>**Boston, MA 02297** | | | 51,908.65 |
| **HOWE RILEY & HOWE**<br>**660 CHESTNUT STREET**<br>**Manchester, NH 03104** | **HOWE RILEY & HOWE**<br>**660 CHESTNUT STREET**<br>**Manchester, NH 03104** | | | 18,200.00 |
| **NORTHEAST DELTA DENTAL**<br>**ONE DELTA DRIVE**<br>**P.O. BOX 2002**<br>**Concord, NH 03302-2002** | **NORTHEAST DELTA DENTAL**<br>**ONE DELTA DRIVE**<br>**P.O. BOX 2002**<br>**Concord, NH 03302-2002** | | | 4,156.51 |

B4 (Official Form 4) (12/07) - Cont.

In re **Latva Machine, Inc.**  
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NU-CAST INC<br>29 GRENIER FIELD ROAD<br>Londonderry, NH 03053 | NU-CAST INC<br>29 GRENIER FIELD ROAD<br>Londonderry, NH 03053 | | | 20,648.25 |
| PIONEER TOOL SUPPLY<br>P.O. BOX 1270<br>Agawam, MA 01001 | PIONEER TOOL SUPPLY<br>P.O. BOX 1270<br>Agawam, MA 01001 | | | 30,772.88 |
| PRESIDENT TITANIUM<br>P.O. BOX 36<br>Hanson, MA 02341-0036 | PRESIDENT TITANIUM<br>P.O. BOX 36<br>Hanson, MA 02341-0036 | | | 33,234.54 |
| ROBERT S KENT<br>1101 SW 54TH LANE<br>Cape Coral, FL 33914 | ROBERT S KENT<br>1101 SW 54TH LANE<br>Cape Coral, FL 33914 | | | 41,215.62 |
| SPECIALTY RING PRODUCTS INC<br>2374 STATE ROAD<br>Bensalem, PA 19020-0220 | SPECIALTY RING PRODUCTS INC<br>2374 STATE ROAD<br>Bensalem, PA 19020-0220 | | | 20,436.39 |
| TOWN OF NEWPORT<br>15 SUNAPEE STREET<br>Newport, NH 03773 | TOWN OF NEWPORT<br>15 SUNAPEE STREET<br>Newport, NH 03773 | | | 12,839.00 |
| TRENTON FORGING<br>5523 HOVVER STREET<br>Trenton, MI 48183 | TRENTON FORGING<br>5523 HOVVER STREET<br>Trenton, MI 48183 | | | 42,477.57 |
| UNITED PARCEL SERVICE<br>P.O. BOX 7247-0244<br>Philadelphia, PA 19170-0001 | UNITED PARCEL SERVICE<br>P.O. BOX 7247-0244<br>Philadelphia, PA 19170-0001 | | | 5,591.79 |
| WILLIAM LATVA<br>STAGECOACH ROAD<br>Sunapee, NH 03782 | WILLIAM LATVA<br>STAGECOACH ROAD<br>Sunapee, NH 03782 | | | 200,000.00 |
| YARDE METALS<br>LOC BOX 1227<br>P.O. BOX 8500<br>Philadelphia, PA 19178-1227 | YARDE METALS<br>LOC BOX 1227<br>P.O. BOX 8500<br>Philadelphia, PA 19178-1227 | | | 190,591.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 20, 2014**        Signature **/s/ Mitchell W. Latva**  
                                                                          **Mitchell W. Latva**  
                                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
2AM GROUP LLC
431 E COLFAX AVENUE
SUITE 200
South Bend, IN 46617

ABF FREIGHT SYSTEMS INC
P.O. BOX 8235
Brattleboro, VT 05304-8235

ABRASIVES & TOOLS OF NH INC
P.O. BOX 1853
Concord, NH 03302

ACCROMET
3406 WESTWOOD INDUSTRIAL DRIVE
Monroe, NC 28110

ACCURATE BRAZING
36 COTE AVENUE
Goffstown, NH 03045

AEGIS CONTAINER
P.O. BOX 257
Milford, NH 03055

AERODYNE ALLOYS INC
350 PLEASANT VALLEY ROAD
South Windsor, CT 06074

AEROSPACE TESTING LAB INC
P.O. BOX 612
South Windsor, CT 06074

AF GLOENCO INC
P.O. BOX 4314
Houston, TX 77210-4314

ALLIANT METALS INC
134B ROUTE 111
Hampstead, NH 03841

ALRY TOOL AND DIE
386 FILLMORE AVENUE
Tonawanda, NY 14150

AMERICAN BROACH
575 S. MANSFIELD STREET
Ypsilanti, MI 48197

AMERICAN HEAT TREATING INC
P.O. BOX 418767
Boston, MA 02241-8767
```

```
AMYOUNY THREAD GAGE REPAIR INC
261 WASHINGTON STREET
Weymouth, MA 02188

ANCO SIGNS & STAMPS
P.O. BOX 4576
Manchester, NH 03108

APPLE RUBBER PRODUCTS
310 ERIE STREET
Lancaster, NY 14086

ARNELL BUSINESS FORMS
255 E ROSELAWM AVENUE
SUITE 39
Saint Paul, MN 55117

ASSOCIATED BAG CO
P.O. BOX 8809
Carol Stream, IL 60197-8809

ATLANTIC FINISHED PRODUCTS
235 BENNETT STREET
P.O. BOX 14
Wrentham, MA 02093-0014

BANK OF AMERICA
P.O. BOX 15796
Wilmington, DE 19886-5796

BISCO INDUSTRIES
3205 ROYALTY ROW
Irving, TX 75062

BODYCOTE ARTTHERMAL PROCESSING
P.O. BOX 842529
Boston, MA 02284-2529

BOND AUTO PARTS
P.O. BOX 687
Barre, VT 05641

BROACHING MACHINE SPECIALTIES
25180 SEELEY
Novi, MI 48375-2044

BTS PATRIOT
P.O. BOX 9100
Berlin, NH 03570-9100

BUREAU OF ALCOHOL, TOBACCO
P.O. BOX 403269
Atlanta, GA 30384-3269
```

```
BUTLER BROS
P.O. BOX 1375
Lewiston, ME 04240

BUWW COVERINGS INC
4462 BOEING DRIVE
Rockford, IL 61109

CASELLA WASTE MANAGEMENT
P.O. BOX 1372
Williston, VT 05495-1372

CASTLE METALS
P.O. BOX 3906
Boston, MA 02241-3906

CENTRAL PAPER
P.O. BOX 4480
Manchester, NH 03108-4480

CENTRE MACHINE
P.O. BOX 76
58 CARDING MILL ROAD
Weare, NH 03281

CHESHIRE TOOL
1486 HIGHLAND AVENUE
BUILDING 2, UNIT 1
Cheshire, CT 06410

CITGO PETROLEUM CORP
P.O. BOX 6293
Carol Stream, IL 60197-6293

CLEAN UNIFORMS
P.O. BOX 63070
New Bedford, MA 02746-0899

CNC ASSOCIATES
2900 CHALLENGER PLACE
Oxnard, CA 93030

COLONIAL LIFE
P.O. BOX 903
Columbia, SC 29202-0903

COMBINED SERVICES LLC
P.O. BOX 1320
Concord, NH 03302-1320

COMCAST
P.O. BOX 1577
Newark, NJ 07101-1577
```

```
CONEDISON SOLUTIONS
P.O. BOX 223246
Pittsburgh, PA 15251-2246

CONNECTICUT LASER LLC
63 NORTH CHERRY STREET
SUITE 3
Wallingford, CT 06492

CORPORATE PURCHASING RESOURCE
P.O. BOX 968
Blythewood, SC 29016

CPH PROGRAM
96 NEWTON DRIVE
Nashua, NH 03063

DB ROBERTS
P.O. BOX 370018
Boston, MA 02241-0718

DEVINE MILLIMET
111 AMHERST STREET
BOX 719
Manchester, NH 03105

DIRATS LABORATORIES
41 AIRPORT ROAD
P.O. BOX 39
Westfield, MA 01086-0039

DIRECT CAPITAL
155 COMMERCE WAY
Portsmouth, NH 03801

DYNAMIC CHROMIUM IND INC
50 PARKER STREET
UNIT 5
Newburyport, MA 01950

E/M ENG COATING SOLUTIONS
P.O. BOX 7777-W6125
Philadelphia, PA 19175-6125

EARLE M JORGENSEN COMPANY
P.O. BOX 8538-617
Philadelphia, PA 19171-0617

EASTERN INDUSTRIAL AUTOMATION
P.O. BOX 540647
Waltham, MA 02454-0647

EBWAY
6750 NW 21ST AVENUE
Fort Lauderdale, FL 33309
```

```
EM BENSON CO LLC
1486 HIGHLAND AVENUE
BLD 2, UNIT 1
Cheshire, CT 06410

ENCO MANUFACTURING CO
DEPT CH 14137
Palatine, IL 60055-4137

EXACT SOFTWARE
1136 PAYSPHERE CIRCLE
Chicago, IL 60674

FAIR POINT COMMUNICATIONS
P.O. BOX 11021
Lewiston, ME 04243-9472

FANUC AMERICA CORP
DEPARTMENT 77-7986
Chicago, IL 60678-7986

FASTENAL COMPANY
P.O. BOX 978
Winona, MN 55987-0978

FEDEX GROUND INC
P.O. BOX 371461
Pittsburgh, PA 15250-7461

FLAME TREATING & ENGINEERING
702 OAKWOOD AVENUE
West Hartford, CT 06110-1507

FORM TOOL TECHNOLOGY, SC
121 PONTIAC BUSINESS CENTER DRIVE
Elgin, SC 29045

G & K SERVICES
P.O. BOX 842385
Boston, MA 02284-2385

GROVER GUNDRILLING
59 INDUSTRIAL DRIVE
Oxford, ME 04270

H. H. ARNOLD
P.O. BOX 526
MA 02376

HARVARD PILGRIM HEALTH CARE
P.O. BOX 970050
Boston, MA 02297
```

```
HOME DEPOT
DEPT 32-2139129583
P.O. BOX 183175
Columbus, OH 43218-3175

HOWE RILEY & HOWE
660 CHESTNUT STREET
Manchester, NH 03104

HYGRADE PRECISION TECHNOLOGIES
329 COOKE STREET
Plainville, CT 06062

INDUSTRIAL TRAFFIC LLC
1 LEONARD AVENUE
Hooksett, NH 03106

INTERLIGHT
7939 NEW JERSEY AVE
Hammond, IN 46323-3040

IRVING OIL CORP
P.O. BOX 11013
Lewiston, ME 04243

JJ KELLER
P.O. BOX 548
Neenah, WI 54957-0548

JOHN ALBERT WELDING & SERVICES
11 CALDWELL DRIVE
UNIT 9
Amherst, NH 03031

K S & C INDUSTRIES
2750 S. HANLEY ROAD
Saint Louis, MO 63143

LAMINATED PLASTICS CO
7 EXECUTIVE PARK DRIVE
North Billerica, MA 01862-1318

LATVA SOUTH INC
P.O. BOX 249
Alexander City, AL 35011-0249

LAVALLEY BUILDING SUPPLY INC
P.O. BOX 267
Newport, NH 03773

LINCOLN FINANCIAL
P.O. BOX 0821
Carol Stream, IL 60132-0821
```

LOUIS P COTE INC
42 COTE AVENUE
Goffstown, NH 03045-2500

LOVEJOY TOOL CO INC
P.O. BOX 949
Springfield, VT 05156-0949

MAGEE OFFICE PRODUCTS
P.O. BOX 280
Randolph, VT 05060

MCINNIS ROLLED RINGS
P.O. BOX 643734
Pittsburgh, PA 15264-3734

MCMASTER CARR
P.O. BOX 7690
Chicago, IL 60680-7690

MEMIC INDEMNITY COMPANY
P.O. BOX 9500
ME 04293-9500

METALLURGICAL PROCESSING INC.
68 ARTHUR STREET
P.O. BOX 2320
New Britain, CT 06050

METHODS MACHINE TOOLS INC.
65 UNION AVENUE
Sudbury, MA 01776

MHR RESOURCES NORTH LLC
P.O. BOX 392
Lempster, NH 03605

MILWAUKEE PRECISION CASTING
3400 S. NEVADA
Milwaukee, WI 53207

MONARCH SPRING & MFG CO INC
600 BOSTON TURNPIKE
Shrewsbury, MA 01545

MORRILL AUTO
70 WHITCHER ROAD
Newport, NH 03773

NAPA AUTO PARTS
592 SUNAPEE STREET
Newport, NH 03773

NATIONAL BRONZE MFG CO
28070 HAYES ROAD
Roseville, MI 48066

NEW ENGLAND HEAT TREAT SERVICE
P.O. BOX 1070
Southwick, MA 01077

NEW LONDON COPY SPECIALIST
86 SUNAPEE STREET
Newport, NH 03773

NH DEPT OF REVENUE ADMIN
P.O. BOX 1265
Concord, NH 03302

NORM ST AUBIN & SONS INC
130 OLD NEWPORT ROAD
Claremont, NH 03743

NORTHEAST COATING TECHNOLOGIES
105 YOURK STREET
Kennebunk, ME 04043

NORTHEAST DELTA DENTAL
ONE DELTA DRIVE
P.O. BOX 2002
Concord, NH 03302-2002

NU-CAST INC
29 GRENIER FIELD ROAD
Londonderry, NH 03053

OLD DOMINION FREIGHT LINE INC
P.O. BOX 198475
Atlanta, GA 30384-8475

PACIFIC PACKAGING PRODUCTS
P.O. BOX 697
Wilmington, MA 01887

PAR MANUFACTURING INC
824 NEW BRITAIN AVENUE
Farmington, CT 06032

PINE TREE CASTINGS
411 SUNAPEE STREET
Newport, NH 03773

PIONEER TOOL SUPPLY
P.O. BOX 1270
Agawam, MA 01001

```
PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
Pittsburgh, PA 15250-7874

PREMIER GEAR
2360 PONOMA ROAD
Corona, CA 92878

PRESIDENT TITANIUM
P.O. BOX 36
Hanson, MA 02341-0036

PSNH
P.O. BOX 650033
Dallas, TX 75265-0033

PTI INDUSTRIES INC
2 PEERLESS WAY
Enfield, CT 06082

QUILL CORPORATION
P.O. BOX 37600
Philadelphia, PA 19101-0600

ROBERT S KENT
1101 SW 54TH LANE
Cape Coral, FL 33914

ROCKINGHAM ELECTRIC SUPPLY CO
437 SHATTUCK WAY
Portsmouth, NH 03801

ROLLED ALLOYS
DEPT 33901
P.O. BOX 67000
Detroit, MI 48267-0339

SAFETY KLEEN CORP
P.O. BOX 650509
Dallas, TX 75265-0509

SENTRY INSURANCE
P.O. BOX 8019
Stevens Point, WI 54481

SLICE OF STAINLESS
1015 SEABROOK WAY
Cincinnati, OH 45245

SPECIALTY RING PRODUCTS INC
2374 STATE ROAD
Bensalem, PA 19020-0220
```

```
SPRINGFIELD TOOL SUPPLY
P.O. BOX 405
P PRECISION DRIVE
North Springfield, VT 05150

ST MARYS BANK
P.O. BOX 720
Manchester, NH 03105-0720

STAPLES
P.O. BOX 6403
Sioux Falls, SD 57117-6403

STAPLES ADVANTAGE
DEPT BOS
P.O. BOX 415256
Boston, MA 02241-5256

STEARNS SEPTIC SERVCIE INC
P.O. BOX 1167
Grantham, NH 03753-1167

SUNNEN PRODUCTS COMPANY
P.O. BOX 952481
Saint Louis, MO 63195-2481

SUNSHINE EYEWEAR LLC
57 MAIN STREET
Newport, NH 03773

TARNDALE LLC
5 DANA ROAD
Hanover, NH 03755

TCF EQUIPMENT FINANCE INC
P.O. BOX 77077
Minneapolis, MN 55480-7777

THIRD PARTY ADMINISTRATORS
116 SOUTH RIVER ROAD
BUILDING D, UNIT 4
Bedford, NH 03110

THREAD CHECK INC
900 MARCONI AVENUE
Ronkonkoma, NY 11779

TITANIUM INDUSTRIES
P.O. BOX 28486
New York, NY 10087-8486

TOWN OF NEWPORT
15 SUNAPEE STREET
Newport, NH 03773
```

```
TRAVERS TOOL CO INC
P.O. BOX 36114
Newark, NJ 07188-6114

TRENTON FORGING
5523 HOVVER STREET
Trenton, MI 48183

TW METALS
P.O. BOX 933014
Atlanta, GA 31193-3014

ULINE
P.O. BOX 88741
Chicago, IL 60680-1741

UNITED PARCEL SERVICE
P.O. BOX 7247-0244
Philadelphia, PA 19170-0001

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE

UPS FREIGHT
P.O. BOX 730900
Dallas, TX 75373-0900

US BANCORP
P.O. BOX 230789
Silverton, OR 97381

VALLEY REGIONAL HOSPITAL
243 ELM STREET
Claremont, NH 03743-2005

VERIZON
P.O. BOX 15062
Albany, NY 12212

VERMONT CONTAINER CORP
4282 PAYSPHERE CIRCLE
Chicago, IL 60674

VULCAN STEAM FORGING CO
P.O. BOX 87
Buffalo, NY 14207-0087

W.E. AUBUCHON
SUGAR RIVER PLAZA
Newport, NH 03773

WESTERN COMMERCE BANK
P.O. BOX 5151
Carlsbad, NM 88221-5151
```

```
WESTFIELD PLATING
P.O. BOX 298
Westfield, MA 01086

WILLIAM LATVA
STAGECOACH ROAD
Sunapee, NH 03782

YARDE METALS
LOC BOX 1227
P.O. BOX 8500
Philadelphia, PA 19178-1227

ZEE MEDICAL SERVICE CO
P.O. BOX 2404683
Dallas, TX 75320
```

# United States Bankruptcy Court
## District of New Hampshire

In re  **Latva Machine, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Latva Machine, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2014**  
Date

**/s/ William S. Gannon**  
**William S. Gannon**  
Signature of Attorney or Litigant  
Counsel for  **Latva Machine, Inc.**  
**William S. Gannon PLLC**  
**889 Elm Street, 4th Floor**  
**Manchester, NH 03101**  
**603 621-0833**  
**bgannon@gannonlawfirm.com**